UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARK P. GALLAGHER, ) | |
| ) | |
| Plaintiff, ) | CASE NO. CV 05-3119 AJW |
| ) | |
| v. ) | |
| ) | |
| JO ANNE B. BARNHART, ) | J U D G M E N T |
| Commissioner of the ) | |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS ADJUDGED** that the decision of defendant is reversed, and the case is remanded to defendant for further proceedings consistent with the Memorandum of Decision filed concurrently herewith.

DATED: September 25, 2006

/s/
ANDREW J. WISTRICH
United States Magistrate Judge